459 A.2d 34

Grimone, et al. v. Motor Coils Manuf. Co., Appellant.

Argued January 19, 1983.  Foster S.

Goldman, Jr., for appellant; Paul Malizia, appellee, in propria persona.

Before CAVANAUGH, ROWLEY and HOFFMAN, JJ.

Affirmed.